### UNITED STATES of America, Plaintiff—Appellee,

v.

### Javier PEREZ–TAPIA, Defendant—Appellant.

No. 03–50590.

D.C. No. CR–03–00234–1–MJL.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

David P. Curnow, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kasha K. Pollreisz, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before REINHARDT, RYMER and HAWKINS, Circuit Judges.

### MEMORANDUM **

Javier Perez–Tapia appeals his 77–month sentence following his guilty plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand the sentence.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Hermoso–Garcia,* 413 F.3d 1085, 1089–90 (9th Cir. 2005).

SENTENCE REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.